**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-2102**

RYAN ANDERSON,

        Plaintiff - Appellant,

    v.

PFIZER INC.,

        Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  John A. Gibney, District Judge.  (3:20-cv-00629-JAG)

Submitted:  August 9, 2021            Decided:  September 3, 2021

Before FLOYD, RICHARDSON, and RUSHING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Ryan Anderson, Appellant Pro Se.  Adam Benjamin Pratt, KAUFMAN & CANOLES, PC, Williamsburg, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ryan Anderson appeals the district court's order granting the Defendant's motion to dismiss his civil action under Fed. R. Civ. P. 12(b)(6). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Anderson v. Pfizer Inc.*, No. 3:20-cv-00629-JAG (E.D. Va. Sept. 16, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*